# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

United States of America )
v. )
DONALD EUREKA JACKSON )
) Case No: 94-00158-CB
) USM No:
Date of Original Judgment: 08/04/1995 )
Date of Previous Amended Judgment: 05/27/2008* )
*(Use Date of Last Amended Judgment if Any)*                    *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 235 months **is reduced to** TIME SERVED.

*(Complete Parts I and II of Page 2 when motion is granted)*

**ADDITIONAL COMMENTS**
*Upon remand from the 11th Circuit Court of Appeals, the Defendant was resentenced to 292 months imprisonment as to count one. On May 27, 2008, the Defendant was granted a reduction in sentence to 235 months.

Except as otherwise provided, all provisions of the judgment dated 5/27/2008 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 12/01/2011                                  s/Charles R. Butler, Jr.
                                                        *Judge's signature*

Effective Date: 12/11/2011                              Charles R. Butler, Jr., Senior United States District Judge
*(if different from order date)*                        *Printed name and title*